Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Dana Marie Jones, et al., <br><br> Defendants. | CASE NO. CV 11-1408 ~~EDL~~ EMC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DANA MARIE JONES, individually and d/b/a 44 SPORTS LOUNGE, and OUR 2 BOYS, INC., an unknown business entity 44 SPORTS LOUNGE |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants DANA MARIE JONES, individually and d/b/a 44 SPORTS LOUNGE, and OUR 2 BOYS, INC., an unknown business entity 44 SPORTS LOUNGE that the above-entitled action is hereby dismissed **without prejudice** against DANA MARIE JONES, individually and d/b/a 44 SPORTS LOUNGE and OUR 2 BOYS, INC., an unknown business entity d/b/a 44 SPORTS LOUNGE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///

STIPULATION OF DISMISSAL
CV 11-1408 EDL
PAGE 1

1  IT IS FURTHER STIPULATED that provided no Party referenced above has
2  filed a motion to reopen this action by February 8, 2014, the dismissal shall be deemed
3  to be **with prejudice**. This dismissal is made pursuant to Federal Rules of Civil
4  Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees
5  and costs.
6
7  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each
8  Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 26, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 11/14/11

GOINS & ASSOCIATES
By: Vernon C. Goins, II
Attorneys for Defendants
DANA MARIE JONES, individually and d/b/a
44 SPORTS LOUNGE, and OUR 2 BOYS, INC., an
unknown business entity 44 SPORTS LOUNGE

IT IS SO ORDERED:

Dated: _____

The Honorable _____



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 26, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DANA MARIE JONES, individually and d/b/a 44 SPORTS LOUNGE, and OUR 2 BOYS, INC., an unknown business entity 44 SPORTS LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Vernon C. Goins, II, Esquire
GOINS & ASSOCIATES
1330 Broadway, Suite 1530
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 26, 2011, at South Pasadena, California.

Dated: May 26, 2011

INESA MAMIDJANYAN